BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-cr-00266 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING DATE FINDINGS AND ORDER |
| v. | |
| LLOYD GEORGE KENNEY, | |
| Defendant. | |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate that by previous order, this matter was set for a trial confirmation on December 16, 2013. To accommodate the schedule of a witness who will testify at a hearing on a motion to suppress, the parties agree to continue the trial confirmation hearing and other motions to **December 23, 2013 at 1:30 p.m**.

**IT IS SO STIPULATED.**

DATED: November 25, 2013.  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Michael S. Frye

1

DATED: November 25, 2013.

MICHAEL S. FRYE
Assistant United States Attorney

/s/ Marc Days
MARC DAYS
Counsel for Defendant

**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the trial confirmation and other hearings in this matter are continued from December 16, 2013, to December 23, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 26, 2013

_____
SENIOR DISTRICT JUDGE